AO 240A (1/94)

5

# United States District Court

**Southern** DISTRICT OF **Texas**

United States District Court
Southern District of Texas
ENTERED

MAY 12 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

**Danny Lin Maccone**
Plaintiff

v.

**Correy Nelson, Et al**
Defendant

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

CASE NUMBER: MISC-B-00-14
CAB-00-65

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915;

IT IS ORDERED that the application is:

☑ GRANTED.

☑ The clerk is directed to file the complaint.

☑ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

ENTER this **12** day of **MAY**, **2000**.

Signature of Judicial Officer

**John Wm Black**
**U.S. Magistrate Judge**
Name and Title of Judicial Officer