AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
RECEIVED
JUL 24 2000
Michael N. Milby, Clerk of Court

DANNY LIN MACCUNE

## SUMMONS IN A CIVIL CASE

V.

CORREY NELSON, ET AL

CASE NUMBER: C.A.B-00-65

RECEIVED
UNITED STATES MARSHAL
00 MAY 12 PM 4:38
BROWNSVILLE, TX.

TO: (Name and address of Defendant)

MARK DOWD
ASSISTANT U S ATTORNEY
C/O U S MARSHAL
BROWNSVILLE TEXAS    78520

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DANNY LIN MACCUNE
C/O U S DISTRICT CLERK'S OFFICE
600 EAST HARRISON  ROOM 101
BROWNSVILLE TEXAS    78520

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N MILBY                         MAY 12, 2000
CLERK                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE    CA B-00-65

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 07/19/00 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Jose Mendoza | Deputy U.S. Marshal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: As per Court Dismissal Dated 04/19/00 by Judge Vela

☐ Other (specify): _____

*United States District Court*
*Southern District of Texas*
*FILED*
*JUL 24 2000*
*Michael N. Milby*
*Clerk of Court*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  07/19/00
             Date

Signature of Server

Address of Server: USMS Brownsville, tx

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.