AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

**SOUTHERN** _____ District of _____ **TEXAS**

**BROWNSVILLE** _____ **DIVISION**

United States District Court
Southern District of Texas
**RECEIVED**

**JUL 24 2000**

**Michael N. Milby, Clerk of Court**

DANNY LIN MACCUNE

V.

CORREY NELSON, ET AL

## SUMMONS IN A CIVIL CASE

CASE NUMBER:   **C.A.B-00-65**

RECEIVED
UNITED STATES MARSHAL
00 MAY 12 PM 4:38
BROWNSVILLE, TX.

TO: (Name and address of Defendant)

MATT MARTINEZ
FEDERAL AGENT
C/O U S MARSHAL
BROWNSVILLE TEXAS   78520

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DANNY LIN MACCUNE
C/O U S DISTRICT CLERK'S OFFICE
600 EAST HARRISON   ROOM 101
BROWNSVILLE TEXAS   78520

an answer to the complaint which is herewith served upon you, within ___ 60 ___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N MILBY _____

CLERK

(By) DEPUTY CLERK

MAY 12, 2000 _____

DATE

ClibPDF - www.fastio.com

Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE   ~ CAB-00-65

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 07/19/00 |
| SERVER (PRINT)   Jose Mendoza | TITLE   Deputy U.S. Marshal |

one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: As Per Court Dismissal Dated 04/18/00 by Judge Vela

☐ Other (specify): _____

United States District Court
Southern District of Texas
FILED

JUL 3 4 2000

Michael N. Milby
Clerk of Court

### STATEMENT OF SERVICE FEES

| SERVICES | TOTAL |
|---|---|
| | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-19-00
_____
Date

_____
Signature of Server

USMS Brownsville TX
_____
Address of Server

may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ClibPDF - www.fastio.com