10

United States District Court
Southern District of Texas
FILED

FEB 2 8 2001

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

CIVIL ACTION NO. B-00-065          DATE & TIME:     02-28-01 AT 1:30 P.M.

DANNY LIN MACCUNE                  PLAINTIFF(S)     DANNY LIN MACCUNE, PRO SE
                                   COUNSEL

VS.

CORREY NELSON, ET AL.              DEFENDANT(S)     MERVYN MOSBACKER, JR.
                                   COUNSEL

---

ERO: Gabriel Mendieta
CSO: Dan Figueroa

Attorney Nancy Masso appeared for the government, Mr. Maccune did not appear.

Ms. Masso will locate defendant Correy Nelson.

U.S. Marshal Service has not served Correy Nelson.