AO 440 (Rev. 10/93) Summons in a Civil Action

CAB-00-65

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 3/27/01 |
| NAME OF SERVER (PRINT) Adel A. Ahmed | TITLE Deputy U.S. Marshal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Letty Hernandez
Federal Bureau Of Investigation, Brownsville, TX

United States District Court
Southern District of Texas
FILED

APR 0 6 2001

Michael N. Milby
Clerk of Court

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 6 miles roundtrip/$2.07 | One hour total/$45.00 | $47.07 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/27/01
             Date

Signature of Server: *Adel A. Ahmed*
Federal Courthouse
600 E. Harrison/Brownsville, TX 78520
Address of Server

3/27/01-2:00p.m.-2:30p.m., DUSM Ahmed, 6mls. roundtrip. I was assisted by DUSM Atkinson.
A.A.A.
Service Fee: $45.00
Total Mileage Charges: $2.07
Total Charges: $47.07

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of TEXAS
BROWNSVILLE DIVISION

DANNY LIN MACCUNE

**SUMMONS IN A CIVIL CASE**

V.

CORREY NELSON, ET AL

CASE NUMBER: C.A.B-00-65

TO: (Name and address of Defendant)

CORREY NELSON
FEDERAL AGENT
C/O U S MARSHAL
BROWNSVILLE TEXAS  78520

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DANNY LIN MACCUNE
C/O U S DISTRICT CLERK'S OFFICE
600 EAST HARRISON  ROOM 101
BROWNSVILLE TEXAS  78520

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N MILBY                              ~~MAY 12, 2000~~  MARCH 22, 2001
CLERK                                         DATE

*(signed)*
(By) DEPUTY CLERK