12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 5 2001

Michael N. Milby
Clerk of Court

DANNY LIN MACCUNE          *
                           *
vs.                        *    CIVIL ACTION No. B-00-065
                           *
CORREY NELSON, ET AL       *

### UNITED STATES' MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO PLAINTIFF'S CIVIL SUIT (OPPOSITION UNKNOWN)

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, on behalf of the federally named defendant, Correy Nelson by and through Mervyn M. Mosbacker, United States Attorney for the Southern District of Texas, requests the Court for an enlargement of time to respond to Plaintiff's Civil Suit which said response is due May 26, 2001.

In support of this request, the United States submits that due to the recent death of a family member, the undersigned has been out of the office from May 7 through May 25, 2001. As such, counsel for the defendant will need additional time in which to adequately review the litigation report on this matter in order to submit its answer or otherwise plead on behalf of the federally named defendant.

### STATEMENT OF CONFERENCE

Because the Pro Se plaintiff is incarcerated in a federal prison, the undersigned is unable to contact him to find out his position as to the filing of this motion.

WHEREFORE, PREMISES CONSIDERED, the United States prays that the Court grant its request for an enlargement of time to respond to Plaintiff's Civil Suit.

Respectfully submitted,

MERVYN M. MOSBACKER
UNITED STATES ATTORNEY

for  *[signature]*
NANCY L. MASSO
Assistant United States Attorney
600 E. Harrison St. #201
Brownsville, Texas 78520
(956) 548-2554/FAX (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing United States' Motion for Enlargement of Time to File Response to Plaintiff's Civil Suit (Opposition Unknown) was mailed via certified mail, return-receipt requested to Danny Lin Maccune, Pro Se Plaintiff, No. 779079-079, Unit E/A; P.O. Box 130, Elkton, OH 44415 on this the 25th day of MAY, 2001.

for *[signature]*
NANCY L. MASSO
Assistant United States Attorney