13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 3 1 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DANNY LIN MACCUNE | * | |
| | * | |
| vs. | * | CIVIL ACTION No. B-00-065 |
| | * | |
| CORREY NELSON, ET AL | * | |

### ORDER GRANTING UNITED STATES' MOTION FOR AN ENLARGEMENT OF TIME TO FILE RESPONSE

CAME ON to be heard the United States' motion for enlargement of time to file its response to Plaintiff's Civil Suit (DOCKET NO 12) and, after due consideration, this Court finds that said motion should be and is hereby **GRANTED**.

It is hereby ORDERED that the federally named defendant's response be filed on July 27, 2001.

DONE on this the 30 day of MAY, 2001 in Brownsville, Texas.

_____
JOHN Wm. BLACK
United States Magistrate Judge