16

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 2 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DANNY LIN MACCUNE, | § | |
|    Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-065 |
| | § | |
| CORREY NELSON, ET AL., | § | |
|    Defendants. | § | |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of October 22, 2001 should be **ADOPTED**.

For the reasons stated in the Magistrate Judge's Report and Recommendation, IT IS **ORDERED** that Defendants' Motion to Dismiss Pursuant to Rules 12(b)(1), (2), (5) and (6) of the Federal Rules of Civil Procedure (Docket No. 14) be **GRANTED**. IT IS FURTHER **ORDERED** that this case be **DISMISSED**.

DONE in Brownsville, Texas, on this 20th day of December, 2001.

Filemon B. Vela
United States District Judge